

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Moses Larome Miller, Appellant

No. 06-13-00202-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 1 of Hunt County, Texas (Tr. Ct. No. CR1300261). Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Moses Larome Miller, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 27, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk